617 P.2d 1152

**Charles F. HYDER, Maricopa County Attorney, State of Arizona, Petitioner,**

v.

**SUPERIOR COURT of the State of Arizona, IN AND FOR the COUNTY OF MARICOPA; William Moroney, Judge; Anthony Lack, Real Party in Interest, Respondents.**

No. 15041.

Supreme Court of Arizona, En Banc.

Sept. 24, 1980.

Charles F. Hyder, Maricopa County Atty. by Vince Imbordino, Deputy County Atty., Phoenix, for petitioner.

Bendalin, Galasky & Friedl by William J. Friedl and Anthony A. LaRiche, Phoenix, for respondent Lack.

## PER CURIAM.

We accepted jurisdiction of a Petition for Special Action brought by the Maricopa County Attorney. Prior to trial, the Superior Court ruled that evidence of polygraph examinations given to defendant would, after proper foundation, be admitted in evidence. The County Attorney objected urging that polygraph results are admissible only if so stipulated by both parties, citing *State of Arizona v. Treadaway*, 116 Ariz. 163, 568 P.2d 1061 (1977). By this action the state sought relief from the court's ruling. We agree with the position taken by the state.

Since this point was decided in *State v. Valdez*, 91 Ariz. 274, 371 P.2d 894 (1962), the Arizona Supreme Court has consistently taken the position that polygraph evidence is inadmissible except by stipulation. The trial court, in ruling to the contrary, exceeded its jurisdiction.

Counsel for the defendant urges that the court's ruling was based on an attempt to rectify a situation where the County Attorney had misled the defendant regarding a plea agreement. Acceptance of jurisdiction in this action contains no implication as to our position on the plea negotiations or actions of the parties regarding a plea agreement.

Relief sought by petitioner granted. Remanded for further proceedings consistent herewith.